COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

James R. Townley
Calcasieu Corr Cen 710-10
P. O. Box 2017
Lake Charles LA 70601

**REHEARING ACTION: July 30, 2014**

**Docket Number: 14   00460-KH**

**STATE OF LOUISIANA
VERSUS
JAMES R. TOWNLEY**

**Writ Application from Calcasieu Parish Case No. 1113-14**

**BEFORE JUDGES**:

   **Hon. Sylvia R. Cooks**
   **Hon. Jimmie C. Peters**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James R. Townley** has this day been

   **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent